JOE BERTINO et al. v. STATE.
No. A-554. Opinion Filed April 4, 1912.
Appeal from Pittsburg County Court;
R. W. Higgins, Judge.

Joe Bertino and Joe Nigro were convicted of violating the prohibitory law, and appeal. Affirmed.

Harley & Wilkins, for plaintiff in error.

Chas. West, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Joe Bertino and Joe Nigro were convicted in the county court of Pittsburg county, of the crime of unlawfully selling intoxicating liquor. Bertino was sentenced to pay a fine of five hundred dollars and to serve a term of thirty days in the county jail, and Nigro was sentenced to pay a fine of fifty dollars and serve a term of thirty days in the county jail. The judgment was entered January 21, 1910. We have carefully examined the record and no prejudicial error appears. We are of the opinion that the verdict and judgment was right. The judgment of the lower court is therefore affirmed and the case remanded thereto with direction to enforce its judgment and sentence therein.

---

LUTHER WALLACE v. STATE.
No. A-551. Opinion Filed April 4, 1912.
Appeal from Tulsa County Court;
N. J. Gubser, Judge.

Luther Wallace was convicted of violating the prohibitory law, and appeals. Affirmed.

D. M. Martindale, for plaintiff in error.

PER CURIAM. Plaintiff in error was convicted in the county court of Tulsa county for unlawfully conveying intoxicating liquor. No briefs have been filed. We have examined the record and no error is apparent. The judgment of the lower court is therefore affirmed. The clerk of this court will issue mandate forthwith, directing the county court to cause its judgment and sentence to be enforced.